

Three Logan Square
1717 Arch Street, Suite 1310
Philadelphia, PA 19103
P (215) 789-4848
www.fhmslaw.com

Dennis Chow
Partner
Direct Dial: (267) 457-4570
Cell: (215) 868-4762
E-mail: dchow@fhmslaw.com

November 25, 2025

**VIA CM/ECF**
J. Brendan Day
United States Magistrate Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**RE:    Harkins Builders, Inc. v Federated Mutual Insurance Company**
**United States District Court for the District of New Jersey, 3:25-cv-02830-GC-JBD**

Dear Judge Day:

The parties jointly report to the Court that this civil action has been settled in principle. The parties have been working on finalizing a written settlement agreement. Once the settlement documents are completed, the parties intend to file a stipulation of voluntary dismissal.

Sincerely,

Dennis Chow

cc:    Evan D. Gestwick (via CM/ECF)